UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CHENEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:16-cv-12950

HONORABLE STEPHEN J. MURPHY, III

MAGISTRATE PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [23],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18],
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21]**

    The Commissioner of the Social Security Administration ("SSA") denied Christopher Cheney's application for Supplemental Security Income and Disability Insurance Benefits in a decision issued by an Administrative Law Judge ("ALJ"). The SSA Appeals Council declined to review the ruling, and Cheney appealed. The Court referred the matter to the magistrate judge and the parties filed cross-motions for summary judgment. The magistrate judge issued a Report and Recommendation ("Report") suggesting the Court deny Cheney's motion and grant the Commissioner's motion.

    Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is only required if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed timely objections, de novo review of the Report's conclusions is not required. Having examined the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound.

    Accordingly, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [23] is **ADOPTED**, Cheney's Motion for Summary Judgment [18] is

**DENIED**, the Commissioner's Motion for Summary Judgment [21] is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: May 30, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2017, by electronic and/or ordinary mail.

                                                s/David P. Parker
                                                Case Manager